August 9, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BEVERLY DUCREE, ET AL.                                CIVIL ACTION

VERSUS                                                NO. 06-8286

LIBERTY MUTUAL INSURANCE, ET AL.                      SECTION "A"(3)

**ORDER**

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memoranda in opposition to Defendant's **Motion for Summary Judgment (Rec. Doc. 19)**, set for hearing on August 8, 2007, has been submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

Accordingly;

**IT IS ORDERED** that Defendant's **Motion for Summary Judgment (Rec. Doc. 19)** should be and is hereby **GRANTED**. The complaint of plaintiff Noel Dominick is **DISMISSED** with prejudice.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within fifteen (15) days. The motion must be accompanied

by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration.  <u>See</u> Fed. R. Civ. P. 16.

* * * * * * * *

*[signature: Jay C. Zainey]*